**Norman E. DOUGLAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54521.**

Missouri Court of Appeals,
Western District.

June 30, 1998.

Norman E. Douglas, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before ELLIS P.J., and LOWENSTEIN and RIEDERER, JJ.

*ORDER*

PER CURIAM.

Douglas appeals from the dismissal of a "Petition for Writ of Error *Coram Nobis.*" Having carefully considered the contentions on appeal, we conclude the judgment should be affirmed. A published opinion would lack precedential value. A memorandum as to the reasons for our decision has been furnished to the parties. Rule 84.16(b).

**In the Interest of D.H., D.H., D.H. and S.H., Respondents,**

**Juvenile Officer, Cole County, Missouri, Respondent,**

**DIVISION OF FAMILY SERVICES, Respondent,**

v.

**D.R.H. (Natural Father), Appellant.**

**No. WD 54627.**

Missouri Court of Appeals,
Western District.

June 30, 1998.

Maureen Monaghan, Jefferson City, for appellant.

Michael J. Kuster, Jefferson City, for respondents.

Before ELLIS, P.J., and LOWENSTEIN and RIEDERER, JJ.

*ORDER*

PER CURIAM.

D.H. appeals from the order and decree of the circuit court of Cole County terminating his parental rights to four minor children; D.H., D.H., D.H., and S.H.

The judgment is affirmed. Rule 84.16(b).